THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELMER A. JONES, Appellant.

*Crimes — manslaughter in first degree — judgment of conviction affirmed.*

*People* v. *Jones*, 222 App. Div. 721, affirmed.

(Argued January 19, 1928; decided February 14, 1928.)

·APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1927, which affirmed a judgment of the Chautauqua County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Frank H. Mott* and *Harry M. Young* for appellant.

*Glenn W. Woodin, District Attorney (John S. Leonard* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.